UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re:<br>Donald E Wenschhof, III<br><br><br><br><br>Debtor(s) | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | BK No.:   13-36237<br><br>Chapter:  13<br>Honorable A. Benjamin Goldgar<br>Lake County |

## ORDER GRANTING MOTION TO AUTHORIZE

Having read the MOTION TO AUTHORIZE heard the arguments of counsel, and found that due notice has been provided, the Court hereby orders as follows:

1) The Debtor is authorized to use the property to allow Debtor's non filing spouse to refinance the mortgage loan securing the real property located at 25633 W Cuba Rd Barrington, IL 60010, ~~according to the following terms:~~
Loan Amount ~~not to exceed~~: $356,250.00
Loan Rate ~~not~~ to exceed: 5.7%
~~Loan Payment not to exceed: $2,075.00 which is an interest only payment.~~

Enter:

*[signature]*
Honorable A. Benjamin Goldgar
United States Bankruptcy Judge

Dated: AUG 0 3 2018

**Prepared by:**
David H. Cutler, ESQ
Cutler & Associates Ltd.
4131 Main St.
Skokie IL 60076
(847) 673-8600

Rev: 20170105_bko